[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 16-17372
Non-Argument Calendar
_____

D.C. Docket No. 9:16-cv-81476-KAM


RICHARD J. WESNER,

Plaintiff-Appellant,

versus

OCWEN LOAN SERVICING, LLC,

Defendant-Appellee.


_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(July 21, 2017)

Before TJOFLAT, MARCUS, and MARTIN, Circuit Judges.

PER CURIAM:

Richard J. Wesner appeals the District Court's November 14, 2016 order, Doc. 11, entered pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing his complaint for relief against Ocwen Loan Servicing, LLC's for its alleged failure to comply with section 2605(k)(1)(E) of the Real Estate Settlement Provisions Act, 12 U.S.C. § 2601 *et seq.* and section 1024.36 of the Act's implementing regulation, 12 C.F.R. § 1024 *et seq.* We find no merit in his appeal, concluding for the reasons the District Court stated in its order that Wesner's complaint fails to state a claim for relief.

AFFIRMED.